# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 23-CV-0163 |
| The PNC FINANCIAL SERVICES GROUP, INC. | § § § § | |
| *Defendants.* | § § | |

## JOINT FEDERAL RULE OF CIVIL PROCEDURE 26 REPORT

Plaintiff Erik Salaiz ("Plaintiff") and Defendant PNC Financial Services ("PNC") jointly file this Supplemental Report pursuant to this Court's Order (Doc. 11), and would respectfully show as follows:

1. Has any Party made a demand for a jury trial?

    **Plaintiff's Response:** Plaintiff has not made a demand for a jury trial.

    **Defendant PNC's Response:** PNC has not made a demand for a jury trial.

2. Do the Parties consent to have a United States magistrate judge conduct any and all further proceedings in this case?

    **Plaintiff's Response:** Plaintiff does not consent to a Magistrate Judge.

    **Defendant's Response:** PNC does not consent to a Magistrate Judge.

Respectfully submitted,

By: */s/ Erik Salaiz*  
**ERIK SALAIZ**  
*Pro se Plaintiff*  
319 Valley Fair Way  
El Paso, Texas 79907  
915-490-0898  
Salaiz.ep@gmail.com

AND



By: */s/ Jessie Manzewitsch*  
**JON H. PATTERSON**  
Texas Bar No. 24077588  
jpatterson@bradley.com  
1819 Fifth Avenue North  
Birmingham, Alabama 35203-2104  
Telephone: (205) 521-8403  
Fax: (205) 488-6403

**GABRIELLA E. ALONSO**  
Texas Bar No. 24113527  
galonso@bradley.com  
1445 Ross Avenue, Suite 3600  
Dallas, Texas 75202  
Telephone: (214) 257-9821  
Facsimile: (214) 939-8787

**JESSIE R MANZEWITSCH PULERO**  
Texas Bar No. 24125659  
jmanzewitsch@bradley.com  
600 Travis Street, Suite 4800  
Houston, Texas 77002  
(713) 576-0300 Telephone  
(713) 576-0301 Telecopier  
***ATTORNEYS FOR PNC BANK, N.A.***

# CERTIFICATE OF SERVICE

      I certify that on this 22nd day of June 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following counsel of record:

**Via email: salaiz.ep@gmail.com**
Erik Salaiz
319 Valley Fair Way
El Paso, Texas 79907
(915) 490 0898


      */s/ Jessie Manzewitsch*
      Jessie Manzewitsch